## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| WILLIAM F. KAETZ, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CV-289 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDA L. WOLFSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This *pro se* civil-rights case was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

On February 7, 2022, the Court dismissed Mr. Kaetz's case with prejudice and Mr. Kaetz's case was closed. ECF 30. On September 9, 2022, the Third Circuit affirmed this Court's order. ECF 35. Three years after the conclusion of his case, Mr. Kaetz moved for the Court to set aside its prior order (ECF 30) and to reopen his case under Federal Rules of Civil Procedure 60(b)(3) and 60(d)(3). ECF 37. The Court denied that motion. ECF 41.

Mr. Kaetz now claims that the Court's latest order (ECF 41) establishes "a new and continuing fraud on the Court," and moves for the Court to set aside its final judgment on that basis. ECF 42. Judge Dodge issued a Report and Recommendation concluding that the Court should deny Mr. Kaetz's motion. ECF 45. After reviewing Mr. Kaetz's objections (ECF 46) *de novo*, the Court adopts Judge Dodge's R&R in full and denies Mr. Kaetz's motion. The Court's prior order does not establish fraud on the Court under Rule 60(d)(3).

***************

-2-

AND NOW, this 2nd day of June, 2026, it is hereby **ORDERED** that Judge Dodge's R&R (ECF 45) is **ADOPTED** and Mr. Kaetz's motion (ECF 42) is **DENIED**.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
William Kaetz
437 Abbott Rd
Paramus, NJ 07652